TOMPKINS COUNTY CO-OPERATIVE FIRE INSURANCE COMPANY, Respondent, *v.* J. EDWARD MALONEY, Appellant.

*Tompkins County Co-op. Fire Ins. Co.* v. *Maloney*, 166 App. Div. 953, affirmed.

(Argued October 30, 1918; decided November 19, 1918.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the third judicial department,

entered January 20, 1915, unanimously affirming a judgment in favor of plaintiff entered upon the report of a referee in an action for conversion. The defendant was agent for the plaintiff insurance company in the county of Cattaraugus. It was claimed that he failed to account for certain premiums collected but retained them and converted them to his own use. Defendant, as a defense, alleged that, in violation of its contract, plaintiff had deprived him of part of his territory and that he was entitled to the amount retained as damages therefor.

*George A. Adams* and *Thomas H. Dowd* for appellant.
*George B. Davis* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., CHASE, COLLIN, CUDDEBACK, CARDOZO and POUND, JJ. Absent: ANDREWS, J.